```
CORRECTED

Court Name: Southern District of Georgia
Division: 4
Receipt Number: SAV007409
Cashier ID: lmoore
Transaction Date: 02/03/2010
Payer Name: Law Office of Tony Center-e
-----------------------------------------
PRO HAC VICE
 For: Law Office of Tony Center-e
 Case/Party: D-GAS-4-10-LB-000001-000
 Amount:         $200.00
CIVIL FILING FEE
 For: Law Office of Tony Center-e
 Amount:         $350.00
-----------------------------------------
CHECK
 Check/Money Order Num: 1006
 Amt Tendered: $550.00
-----------------------------------------
Total Due:      $550.00
Total Tendered: $550.00
Change Amt:     $0.00
```

Case #: 5:10cv16

Attorney: Christina D. Crow