# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | |
|---|---|
| SHEILA LEWIS, Individually and on behalf of a class of Persons similarly situated, | ) ) ) ) |
| Plaintiff, | ) Civil Action No.: CV-510-016 ) ) |
| v. | ) ) |
| SCOTBILT HOMES, INC. | ) ) |
| Defendant. | ) |

## DEFENDANT SCOTBILT'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6), 12(b)(7) and 9(b)

DEFENDANT SCOTBILT HOMES, INC. (hereinafter "Scotbilt") pursuant to Rules 12 and 9 of the Federal Rules of Civil Procedure, moves this Court to dismiss this action. For the reasons set forth in the attached Memorandum of Law in Support of Scotbilt's Motion to Dismiss, (1) Plaintiff's Complaint fails to state any claim upon which relief may be granted and (2) Plaintiff's Complaint fails to join an indispensable party.

RESPECTFULLY SUBMITTED this 3rd day of May, 2010.

GILBERT, HARRELL, SUMERFORD & MARTIN, P.C.

*s/ James L. Roberts, IV*
Wallace E. Harrell
Georgia Bar No.: 328800
James L. Roberts, IV
Georgia Bar No.: 608580
Jeffrey S. Ward
Georgia Bar No.: 737277
Jason M. Tate
Georgia Bar No. 250827

777 Gloucester Street
Post Office Box 190
Brunswick, Georgia 31520
Telephone: (912) 265-6700
Facsimile: (912) 264-3917

*ATTORNEYS FOR DEFENDANT*
*SCOTBILT HOMES, INC.*

CONNER AND JACKSON, PC
Neal L. Conner, Jr.
Georgia Bar No.: 182000

P.O. Box 1278
Waycross, GA 31502
Phone: (912)-283-4394
Fax: (912)-285-9813

*ATTORNEYS FOR DEFENDANT*
*SCOTBILT HOMES, INC.*

# CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of May 2010, I electronically filed the foregoing **DEFENDANT SCOTBILT'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6), 12(b)(7) and 9(b)**, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

**Christina D. Crow, Esq.**
**JINKS, CROW & DICKSON, PC**
P.O. Box 350
Union Spring, AL 36089
Phone: (334)-738-4225
ccrow@jinkslaw.com

**Tony Center, Esq.**
**LAW OFFICE OF TONY CENTER, PC**
313 W. York St.
Savannah, GA 31401
Phone: (912)-233-9696; Fax: (912)-232-8620
tonycenter@comcast.net

and via U.S. Mail to the following attorneys of record:

Joe R. Whatley, Jr., Esq.
Edith M. Kallas, Esq.
WHATLEY DRAKE & KALLAS, LLC
1540 Broadway, 37th Floor
New York, New York 10036

W. Tucker Brown, Esq.
Sara C. Hacker, Esq.
WHATLEY DRAKE & KALLAS, LLC
1000 Park Place Towers
2001 Park Place North
Birmingham, Alabama 35203

Lynn W. Jinks, III, Esq.
Nathan A. Dickson, II, Esq.
JINKS, CROW & DICKSON, PC
P.O. Box 350
Union Spring, AL 36089

David Selby, II, Esq.
K<small>EE</small> & S<small>ELBY</small> LLP
1900 International Park, Suite 220
Birmingham, AL 35243

This 3rd day of May, 2010.

*s/ James L. Roberts, IV*
James L. Roberts, IV
Georgia Bar No.: 608580

Post Office Box 190
Brunswick, Georgia 31520
(912) 265-6700