UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| SHEILA LEWIS, Individually and on behalf of a class of Persons similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| SCOTBILT HOMES, INC. | ) ) |
| Defendant. | ) |

Civil Action No.: CV-510-016

## DEFENDANT SCOTBILT'S REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO STAY DISCOVERY

DEFENDANT SCOTBILT HOMES, INC. (hereinafter "Scotbilt") replies to Plaintiff's Response to Scotbilt's Motion to Stay Discovery as follows:

By filing on May 3, 2010, ScotBilt moved this Court to Stay Discovery. [See Dkt. Entry No. 12]. In that Motion, ScotBilt requested that "…the Court stay all discovery until the Court has ruled upon the pending Motion to Dismiss." [See id. at 3].

By filing on June 17, 2010, Plaintiff responded to ScotBilt's Motion and requested the Court deny ScotBilt's Motion. [See Dkt. Entry No. 21].

In the interim, on May 19, 2010 the Court entered an Order granting the Parties Joint Motion for Extension of Time. [See Dkt. Entry No. 17]. That Order states:

> [t]he deadline for filing a third-party complaint and the time for
> conducting a Rule 26(f) Conference are extended until fourteen
> (14) days after the Court's ruling on the currently pending Motion
> to Dismiss (Docket #11) and the Motion to Stay Discovery
> (Docket #12)…

Id.

Federal Rule of Civil Procedure 26(d)(1) provides in relevant part, "[a] party may not seek discovery from any source before the parties have conferred as required by Rule 26(f)…" Accordingly, the Court has already ruled on this issue. As set forth above, by Court Order the time for the Rule 26(f) Conference has been extended to 14 days following rulings on the Motion to Dismiss and Motion to Stay.

## CONCLUSION

For the reasons set forth herein as well as the arguments set forth in ScotBilt's Motion to Stay Discovery, Scotbilt respectfully requests that its Motion to Stay Discovery be GRANTED.

Respectfully submitted, this 1st day of July, 2010.

GILBERT, HARRELL,
SUMERFORD & MARTIN, P.C.

*s/ Jeffrey S. Ward*
Wallace E. Harrell
Georgia Bar No.: 328800
James L. Roberts, IV
Georgia Bar No.: 608580
Jeffrey S. Ward
Georgia Bar No.: 737277
Jason M. Tate
Georgia Bar No. 250827

777 Gloucester Street
Post Office Box 190          *ATTORNEYS FOR DEFENDANT*
Brunswick, Georgia 31520     *SCOTBILT HOMES, INC.*
Telephone: (912) 265-6700
Facsimile: (912) 264-3917

CONNER AND JACKSON, PC
Neal L. Conner, Jr.
Georgia Bar No.: 182000

P.O. Box 1278               *ATTORNEYS FOR DEFENDANT*
Waycross, GA 31502          *SCOTBILT HOMES, INC.*
Phone: (912)-283-4394
Fax: (912)-285-9813

# CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of May 2010, I served a true and correct copy of the foregoing Defendant Scotbilt's REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO STAY DISCOVERY, via the Court's CM/ECF system, which will send an electronic notification of such filing to the following counsel of record:

**Christina D. Crow, Esq.**
**JINKS, CROW & DICKSON, PC**
**P.O. Box 350**
**Union Spring, AL 36089**

**Tony Center, Esq.**
**LAW OFFICE OF TONY CENTER, PC**
**313 W. York St.**
**Savannah, GA 31401**

and via U.S. Mail to the following attorneys of record:

Joe R. Whatley, Jr., Esq.
Edith M. Kallas, Esq.
WHATLEY DRAKE & KALLAS, LLC
1540 Broadway, 37th Floor
New York, New York 10036

W. Tucker Brown, Esq.
Sara C. Hacker, Esq.
WHATLEY DRAKE & KALLAS, LLC
1000 Park Place Towers
2001 Park Place North
Birmingham, Alabama 35203

Lynn W. Jinks, III, Esq.
Nathan A. Dickson, II, Esq.
JINKS, CROW & DICKSON, PC
P.O. Box 350
Union Spring, AL 36089

David Selby, II, Esq.
KEE & SELBY LLP
1900 International Park, Suite 220
Birmingham, AL 35243

This 1st day of July, 2010.

              *s/ Jeffrey S. Ward*
              Jeffrey S. Ward
              Georgia Bar No.: 737277

Post Office Box 190
Brunswick, Georgia 31520
(912) 265-6700