**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**WAYCROSS DIVISION**

| | | |
|---|---|---|
| SHEILA LEWIS, | ) | |
| Individually and on behalf of a class of | ) | |
| Persons similarly situated, | ) | |
| | ) | Civil Action No.:  5:10-CV-016 |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| SCOTBILT HOMES, INC. and | ) | |
| GEORGIA STATE OFFICE OF | ) | |
| INSURANCE AND SAFETY FIRE | ) | |
| COMMISSIONER, | ) | |
| | ) | |
|     Defendants. | ) | |

## DEFENDANT SCOTBILT'S MOTION TO DISMISS
## PLAINTIFF'S FIRST AMENDED COMPLAINT

DEFENDANT SCOTBILT HOMES, INC. (hereinafter "Scotbilt") pursuant to Rules 12 and 9 of the Federal Rules of Civil Procedure, moves the Court to dismiss this action.  For the reasons set forth in the attached Memorandum of Law in Support of Scotbilt's Motion to Dismiss, Plaintiff's First Amended Complaint fails to state any claim upon which relief may be granted.

RESPECTFULLY SUBMITTED this 22nd day of December, 2010.

GILBERT, HARRELL, SUMERFORD & MARTIN, P.C.

*s/ Jeffrey S. Ward*
Wallace E. Harrell
Georgia Bar No.: 328800
James L. Roberts, IV
Georgia Bar No.: 608580
Jeffrey S. Ward
Georgia Bar No.: 737277
Jason M. Tate
Georgia Bar No. 250827

777 Gloucester Street
Post Office Box 190
Brunswick, Georgia 31520
Telephone: (912) 265-6700
Facsimile: (912) 264-3917

*ATTORNEYS FOR DEFENDANT
SCOTBILT HOMES, INC.*

CONNER AND JACKSON, PC
Neal L. Conner, Jr.
Georgia Bar No.: 182000

P.O. Box 1278
Waycross, GA 31502
Phone: (912)-283-4394
Fax: (912)-285-9813

*ATTORNEYS FOR DEFENDANT
SCOTBILT HOMES, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of May 2010, I electronically filed the foregoing

**DEFENDANT SCOTBILT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED**

**COMPLAINT** with the Clerk of the Court using the CM/ECF system, which will send

notification of such filing to all counsel of record.

The following have been notified via U.S. Mail:

Joe R. Whatley, Jr., Esq.
Edith M. Kallas, Esq.
WHATLEY DRAKE & KALLAS, LLC
1540 Broadway, 37th Floor
New York, New York 10036

W. Tucker Brown, Esq.
Sara C. Hacker, Esq.
WHATLEY DRAKE & KALLAS, LLC
1000 Park Place Towers
2001 Park Place North
Birmingham, Alabama 35203

Lynn W. Jinks, III, Esq.
Nathan A. Dickson, II, Esq.
JINKS, CROW & DICKSON, PC
P.O. Box 350
Union Spring, AL 36089

David Selby, II, Esq.
KEE & SELBY LLP
1900 International Park, Suite 220
Birmingham, AL 35243

This 22nd day of December, 2010.

_s/ Jeffrey S. Ward_
Jeffrey S. Ward
Georgia Bar No.: 737277

Post Office Box 190
Brunswick, Georgia 31520
(912) 265-6700